IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL  DIVISION


UNITED STATES OF AMERICA,    )
        )
        Plaintiff,    )
        )
        v.    )    No.  2:11-cr-04002-FJG-2
        )
PRISCILLA ALICE YUNT,    )
        )
        Defendant.    )


## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #48 filed August 26, 2011) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count 1of the Indictment filed January 13, 2011, is now accepted.  Defendant is adjudged guilty of such offenses.  Sentencing will be set by subsequent order of the court.


   /s/ Fernando J. Gaitan, Jr.   
  Fernando J. Gaitan, Jr.
  Chief United States District Judge


Dated:  September 14, 2011
Kansas City, Missouri