IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 2:11-cr-04002-FJG-2 |
| PRISCILLA ALICE YUNT, ) | |
| Defendant. ) | |

### ACCEPTANCE OF PLEA OF GUILTY
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #48 filed August 26, 2011) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count 1 of the Indictment filed January 13, 2011, is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: September 14, 2011
Kansas City, Missouri